■ JUPITER SHIPPING COMPANY v. OVIEDO COMPANIA NAVIERA, S. A.— Motion to dismiss appeal from the order entered on December 19, 1961 granted. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ BENJAMIN SCHLAKS v. JOSEPH SCHLAKS et al.— Motion for leave to appeal as a poor person granted only to the extent of permitting the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ERNEST PARKER et al. v. DAVID FISHER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 17, 1962, with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of RUTAN ASSOCIATES, INC. MORTIMER J. NATKINS.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, but upon printed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of appellant's printed points on respondent's attorney and files 6 typewritten copies or 19 mimeographed copies of the record on appeal and printed appellant's points with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ JOHN O. GAINES v. FRISBEE J. FULLER, as Administrator.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ RAY HAWKINS, Individually and on Behalf of All Other Common Stockholders of Tonopah Mining Company of Nevada, Similarly Situated, v. THAYER LINDSLEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. MORRIS J. ROSNER et al.— Motion to vacate order of this court entered on April 3, 1962 and to reinstate appeal granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 19, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 1, 1962. Reply points, if any, are to be served and filed on or before May 7, 1962. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.